UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA POGUE, individually and as representative and successor of interest of the ESTATE OF JOSEPH JIMENEZ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, DEPUTY JASON HAYEK, SERGEANT DOE, CITY OF VISTA, VISTA FIRE PARAMEDIC DOE, DOES 2-5 and 7-10,<br><br>Defendants. | Case No.: 3:21cv-309-RSH-MDD<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO DISMISS THE SECOND CAUSE OF ACTION (DELIBERATE INDIFFERENCE) AND THE EIGHTH CAUSE OF ACTION (THE BANE ACT) AGAINST JESSICA CAPORASO**<br><br>[ECF No. 56] |

After reviewing the Parties' Joint Motion for Leave to Dismiss the Second Claim (Deliberate Indifference) and Eighth Claim (The Bane Act) Against Defendant Jessica Caporaso Only [ECF No. 56], the Court finds good cause to grant the Motion.

/ / /

/ / /

/ / /

/ / /

/ / /

1  As the Parties stipulated, the Court **DISMISSES WITH PREJUDICE** Plaintiff's second cause of action (Deliberate Indifference) and eighth cause of action (the Bane Act) against Defendant Jessica Caporaso.

**SO ORDERED**.

Dated: August 10, 2022

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge