Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (SBN 371857)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail:    lroistacher@deangazzo.com
           ksullivan@deangazzo.com

Attorneys for Defendant
City of Vista, Dominic Puccio
Enrique Montes and Eddie Jimenez

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TINA POGUE, individually and as representative and successor of interest of the ESTATE OF JOSEPH JIMENEZ,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, DEPUTY JASON HAYEK, SERGEANT DOE, CITY OF VISTA, VISTA FIRE PARAMEDIC DOE, DOES 2 through 50 and 52-100,<br><br>Defendants. | Case No.: 3:21-cv-00309-TWR-MDD<br><br>**JOINT MOTION TO VACATE CURRENT DATES AND TO SET A SETTLEMENT DISPOSITION CONFERENCE**<br><br>Judge:        Todd W. Robinson<br>Magistrate:  Mitchell D. Dembin<br><br>Complaint Filed: February 19, 2021<br>Trial Date: None set |

On October 18, 2022, the parties mediated this case before retired Magistrate Judge Patrick Walsh. At the conclusion of the mediation, Judge Walsh issued a mediator's proposal. Plaintiff has accepted the mediator's proposal. Defendants will present and recommend acceptance of the mediator's proposal to their respective Boards/Councils next month. As such, the parties

///

///

///

///

1

jointly move to vacate all current dates and request the Court set a settlement disposition conference in mid to late December 2022.

Dated: October 26, 2022                    Lessem, Newstat & Tooson, LLP

By: */s/ Jeremy I. Lessem*
    Jeremy I. Lessem
    Jamal L. Tooson
    Attorneys for Plaintiff
    Tina Pogue, individually and as representative and successor in Interest of the Estate of Joseph Jimenez
    E-mail: jeremy@lnlegal.com
    jtooson@lnlegal.com

Dated: October 26, 2022                    Office of County Counsel,
    County of San Diego

By: */s/ Sylvia S. Aceves*
    Sylvia S. Aceves
    Ronald Lenert
    Attorneys for Defendants
    County of San Diego, Jessica Caporaso and Deputy Jason Hayek
    Email:
    sylvia.aceves@sdcounty.ca.gov
    Ronald.lnert@sdcounty.ca.gov

///
///
///
///
///
///

2

Case No. 3:21-cv-00309-TWR-MDD

| | | |
|---|---|---|
| 1 | Dated: October 26, 2022 | Dean Gazzo Roistacher LLP |
| 2 | | |
| 3 | | By: */s/ Lee H. Roistacher* |
| 4 | | Lee H. Roistacher |
| 5 | | Kimberly A. Sullivan |
| | | Attorneys for Defendants |
| 6 | | City of Vista, Dominic Puccio |
| 7 | | Enrique Montes and Eddie Jimenez |
| | | Email:  lroistacher@deangazzo.com |
| 8 | | ksullivan@deangazzo.com |

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to counsel for all parties and that I have obtained parties' counsel's authorization to affix their electronic signatures to this document.

| | | |
|---|---|---|
| 14 | Dated: October 26, 2022 | Dean Gazzo Roistacher LLP |
| 15 | | |
| 16 | | |
| 17 | | By: */s/ Lee H. Roistacher* |
| 18 | | Lee H. Roistacher |
| | | Kimberly A. Sullivan |
| 19 | | Attorneys for Defendants |
| 20 | | City of Vista, Dominic Puccio |
| | | Enrique Montes and Eddie Jimenez |
| 21 | | Email:  lroistacher@deangazzo.com |
| 22 | | ksullivan@deangazzo.com |