Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (SBN 317857)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail:   lroistacher@deangazzo.com
          ksullivan@deangazzo.com

Attorneys for Defendants
City of Vista, Enrique Montes, Dominic Puccio
and Eddie Jimenez

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA POGUE, individually and as representative and successor of interest of the ESTATE OF JOSEPH JIMENEZ,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, DEPUTY JASON HAYEK, SERGEANT DOE, CITY OF VISTA, VISTA FIRE PARAMEDIC DOE, DOES 2 through 50 and 52-100,<br><br>　　　　　Defendants. | Case No.: 3:21-cv-00309-RSH-MDD<br><br>**JOINT MOTION TO DISMISS CASE WITH PREJUDICE**<br><br>Judge:　　Robert S. Huie<br>Magistrate: Mitchell D. Dembin<br><br>Complaint Filed: February 19, 2021<br>Trial Date: None set |

Plaintiff Tina Pogue, individually and as representative and successor of interest of the Estate of Joseph Jimenez, ("Plaintiff"), Defendants City of Vista, Enrique Montes, Dominic Puccio and Eddie Jimenez ("City Defendants"), and Defendants County of San Diego, Deputy Jessica Caporaso and Deputy Jason Hayek ("County Defendants"), through their respective attorneys jointly move the Court to dismiss this case with prejudice. All of the parties are collectively referred to hereinafter as "Parties."

///

1

Case No. 3:21-cv-00309-RSH-MDD

1  The Parties have reached a settlement in this matter. Under the terms of the settlement agreement, the Parties have agreed that the above captioned action be dismissed with prejudice as to all Defendants, arising out of, or related to, the facts and circumstances alleged in the operative complaint filed in this action and that all Parties will bear their own attorneys' fees and costs of suit.

Based upon the foregoing, the Parties respectfully request that the Court order this case be dismissed with prejudice as to all Defendants, arising out of, or related to, the facts and circumstances alleged in the operative complaint filed in this action and that all Parties bear their own attorneys' fees and costs of suit.

Dated: January 6, 2022         Dean Gazzo Roistacher LLP

By:  /s/ Kimberly A. Sullivan
Lee H. Roistacher
Kimberly A. Sullivan
Attorneys for Defendants,
City of Vista, Enrique Montes, Dominic Puccio and Eddie Jimenez
Email:  lroistacher@deangazzo.com
ksullivan@deangazzo.com

Dated: January 6, 2022         Lessem, Newstat, & Tooson, LLP

By:  /s/ Jeremy I. Lessem
Jeremy I. Lessem
Jamal L. Tooson
Attorneys for Plaintiff
Tina Pogue, individually and as representative and successor in Interest of the Estate of Joseph Jimenez
E-mail: jeremy@lnlegal.com
jtooson@lnlegal.com

Case 3:21-cv-00309-RSH-MDD   Document 68   Filed 01/06/23   PageID.592   Page 3 of 3

| | | |
|---|---|---|
| Dated: January 6, 2022 | | Office of County Counsel, County of San Diego |
| | By: | /s/ Sylvia S. Aceves |
| | | Sylvia S. Aceves |
| | | Attorneys for Defendants, |
| | | County of San Diego, Deputy Jessica Caporaso and Deputy Jason Hayek |
| | | E-mail: syliva.aceves@sdcounty.ca.gov |
| | | ronald.lenert@sdcounty.ca.gov |

Pursuant to section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the contend of this document is acceptable to counsel, and I have obtained counsels' authorization to affix their electronic signatures to this document.

| | | |
|---|---|---|
| Dated: January 6, 2022 | | Dean Gazzo Roistacher LLP |
| | By: | /s/ Kimberly A. Sullivan |
| | | Lee H. Roistacher |
| | | Kimberly A. Sullivan |
| | | Attorneys for Defendants, |
| | | City of Vista, Enrique Montes, Dominic Puccio and Eddie Jimenez |
| | | Email: lroistacher@deangazzo.com |
| | | ksullivan@deangazzo.com |

3

Case No. 3:21-cv-00309-RSH-MDD